**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (If known): _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Stream TV Networks, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   **27** - **1224092** _ _ _ _
   EIN

5. **Debtor's address**

   **Principal place of business**

   2009 Chestnut Street
   Number    Street

   3rd Floor

   Philadelphia          PA     19103
   City                  State  ZIP Code

   _____
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City    State    ZIP Code

Debtor  Steam TV Networks, Inc.  Case number (if known)_____
　　　　　Name

6. **Debtor's website** (URL)   www.streamtvnetworks.com

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____   Relationship _____
     District _____ Date filed _____ Case number, if known _____
     　　　　　　　　　　　　　　　　　MM / DD / YYYY

     Debtor _____   Relationship _____
     District _____ Date filed _____ Case number, if known _____
     　　　　　　　　　　　　　　　　　MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Stream TV Networks, Inc.
       Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jamuna Travels, Inc. | Travel Services | $ 130,499.25 |
| Walsh CHB, Inc. | Logistics Services | $ 11,020.00 |
| Rembrandt 3D Holding Ltd. | Settlement Agreement | $ 1,528,000.00 |
| | Total of petitioners' claims | $ 1,669,519.25 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:  Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Rembrandt 3D Holding Ltd.
128 Bull Hill Road
Newfield, NY 14867

Name and mailing address of petitioner's representative, if any
Stephen Blumenthal
128 Bull Hill Road
Newfield, NY 14867

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/23/2021

X *Stephen R. Blumenthal (May 23, 2021 22:15 EDT)*
Signature of petitioner or representative, including representative's title

**Attorneys**

John D. McLaughlin, Jr.
Ferry Joseph, P.A.
824 North Market Street, Suite 1000
Wilmington, Delaware 19801

Contact phone 302-575-1555, ext. 107
Email jmclaughlin@ferryjoseph.com
Bar number 4123
State Delaware

X *[signature]*
Signature of attorney

Date signed 5/23/2021

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor _____  Case number (if known) _____
         Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jamuna Travels, Inc. | Travel Services | $ 130,499.25 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Jamuna Travels, Inc.
Name

6439 Market Street
Number    Street

Upper Darby     PA     18082
City            State  ZIP Code

Name and mailing address of petitioner's representative, if any

Reji Abraham
Name

6439 Market Street
Number    Street

Upper Darby     PA     19082
City            State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05-17-2021
             MM / DD / YYYY

X _____ [signature] _____
Signature of petitioner or representative, including representative's title

**Attorneys**

John D. McLaughlin, Jr.
Printed name

Ferry Joseph, P.A.
Firm name, if any

824 North Market Street, Suite 1000
Number    Street

Wilmington     DE     19801
City            State  ZIP Code

Contact phone  302-575-1555     Email  jmclaughlin@ferryjoseph.com

Bar number  4123

State  DE

X _____ [signature] _____
Signature of attorney

Date signed  5/23/2021
             MM / DD / YYYY

Debtor    Stream TV Networks, Inc.
          Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: WALSH CUB INC

Number Street: 189 SUNRISE HWY SUITE 302

City: ROCKVILLE CENTRE    State: NY    ZIP Code: 11570

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

x _[signature]_
Signature of petitioner or representative, including representative's title

---

Printed name: John D. McLaughlin, Jr.

Firm name, if any: Ferry Joseph, P.A.

Number Street: 824 North Market Street, Suite 1000

City: Wilmington    State: Delaware    ZIP Code: 19801

Contact phone: 302-575-1555    Email: jmclaughlin@ferryjoseph.com

Bar number: 4123

State: Delaware

x _[signature]_
Signature of attorney

Date signed: 5/23/2021 (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: _____

Number Street: _____

City: _____    State: _____    ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____    State: _____    ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

x _____
Signature of petitioner or representative, including representative's title

---

Printed name: _____

Firm name, if any: _____

Number Street: _____

City: _____    State: _____    ZIP Code: _____

Contact phone: _____    Email: _____

Bar number: _____

State: _____

x _____
Signature of attorney

Date signed: ___/___/_____ (MM/DD/YYYY)