# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,<br><br>Alleged Debtor. | Chapter 7<br><br>Case No. 21-10848 (KBO)<br><br>**Re: 5, 6, 11, 12, 22.**<br><br>**Hearing: June 10, 2021 at 10:00 am (EST)** |

### VISUAL TECHNOLOGY INNOVATION, INC'S JOINDER IN PETITIONING CREDITORS' OBJECTION TO THE EMERGENCY MOTION OF SEECUBIC, INC. AND SLS HOLDINGS VI, LLC FOR AN ORDER DISMISSING INVOLUNTARY CHAPTER 7 CASE AND REQUEST TO ADJOURN THE EMERGENCY HEARING

Visual Technology Innovations, Inc. ("VTI"), by and through its undersigned counsel, hereby joins in the *Petitioning Creditors' Objection to the Emergency Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Involuntary Chapter 7 Case* (the "Objection") ("SeeCubic, Inc." and "SLS Holdings VI, LLC" collectively the "Movants") [D.I. 22], requests to adjourn the *Hearing Regarding Emergency Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Involuntary Chapter 7 Case* (the "Emergency Hearing") [D.I. 12] and states as follows:

1.  VTI joins in the arguments set forth in the Objection. In the above captioned case there is no legal basis for limiting the legitimate rights of the petitioning creditors that have decided to file an involuntary bankruptcy petition against their insolvent debtor.

2.  Through this presentation, VTI ratifies its interest in providing debtor-in-possession financing to Stream TV Networks, Inc. On this date, VTI has sent a financial proposal to the Debtor with its firm commitment to execute -upon approval of this Bankruptcy Court- a

1

first priority priming lien debtor-in-possession term loan facility in an aggregate amount of approximately $200 million.

3.  The negotiation of complex terms and the formalization of a potential financing agreement that will directly benefit the petitioning creditors, general unsecured creditors, equity holders and even the Movants (in the case of SLS Holdings VI, LLC), would require more time than is available before the *Emergency Hearing* already scheduled; therefore, we respectfully request through this presentation that the Court apply Bankruptcy Rule 2002(a)(4), which generally requires twenty-one days' notice of a hearing on the dismissal of a Chapter 7 liquidation case, as these measures will not prejudice the Movants and will facilitate the filing of a postpetition financing motion that benefits substantially all stakeholders.

WHEREFORE, VTI respectfully requests that the Court adjourn the *Emergency Hearing* to give all parties in interest the twenty-one days' notice established by Bankruptcy Rule 2002(a)(4) and, at such later time, deny the motion to dismiss the involuntary bankruptcy petition.

Dated: June 8, 2021    **ARMSTRONG TEASDALE LLP**

/s/ *Rafael X. Zahralddin-Arevena*
Rafael X. Zahralddin-Aravena (#4166)
Jonathan M. Stemerman (#4510)
300 Delaware Ave., Suite 210
Wilmington, DE 19801
Telephone:  302-824-7089
Email: rzahralddin@atllp.com
jstemerman@atllp.com

and

John A. Sten, Esq.
800 Boylston Road, 16th Floor
Boston, MA 02119
Telephone: (617) 217-2030
Email:  jsten@atllp.com

2

and

David L. Going, Esq.
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Email: dgoing@atllp.com

*Attorneys for Visual Technology Innovations, Inc.*