**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| Stream TV Networks, Inc. | ) ) ) | Case No. 21-10848 (KBO) |
| Alleged Debtor | ) ) ) | |

### NOTICE OF FILING OF JOINT EXHIBITS

PLEASE TAKE NOTICE THAT the Petitioning Creditors have filed the attached Joint Exhibits 1 through 7 to the Declarations of Stephen Blumenthal and Christopher Michaels in Support of the Objection of the Petitioning Creditors to the Emergency Motion to Dismiss.

**FERRY JOSEPH, P.A.**

*/s/ John D. McLaughlin, Jr.*

John D. McLaughlin, Jr. (No. 4123)
824 North Market Street, Suite 1000
Wilmington, DE 19801
Tel. (302) 442-6440
Fax. (302) 575-1714
jmclaughlin@ferryjoseph.com

*Counsel to the Petitioning Creditors*

Dated: *June 9, 2021*