# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| STREAM TV NETWORKS, INC., | ) | Case No. 21-10848 (KBO) |
| | ) | |
| Alleged Debtor. | ) | **Related to D.I. 5** |
| | ) | |

## ORDER GRANTING EMERGENCY MOTION OF SEECUBIC, INC. AND SLS HOLDINGS VI, LLC FOR AN ORDER DISMISSING INVOLUNTARY CHAPTER 7 CASE

Upon consideration of the *Emergency Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Involuntary Chapter 7 Case* [D.I. 5] (the "Motion to Dismiss"), and all briefing, evidence, and argument in support of and in opposition to the Motion to Dismiss; it is **HEREBY ORDERED, ADJUDGED AND DECREED** that, for the reasons set forth on the record by the Court on June 10, 2021:

1. The above-captioned involuntary chapter 7 case of Stream TV Networks, Inc. ("Stream") is hereby dismissed.

2. The dismissal shall be with prejudice and prohibit the commencement of future chapter 11 or chapter 7 cases of Stream until one year from the date of this Order.

3. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

Dated: June 10, 2021
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE