# Notice Recipients

District/Off: 0311−1  User: admin  Date Created: 6/10/2021
Case: 21−10848−KBO  Form ID: pdfodc  Total: 29

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Alissa Brice Castaneda | Alissa.Castaneda@quarles.com |
| aty | Brenna Anne Dolphin | bdolphin@polsinelli.com |
| aty | Brittany S Ogden | brittany.ogden@quarles.com |
| aty | Carl Tullson | carl.tullson@skadden.com |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | Christopher A. Ward | cward@polsinelli.com |
| aty | David L Going | dgoing@armstrongteasdale.com |
| aty | Davis Lee Wright | dwright@rc.com |
| aty | Gabriel M. Hartsell | gabriel.hartsell@quarles.com |
| aty | Jason M. Liberi | jason.liberi@skadden.com |
| aty | John Daniel McLaughlin, Jr. | jmclaughlin@ferryjoseph.com |
| aty | Jonathan M. Stemerman | JStemerman@atllp.com |
| aty | Joseph O. Larkin | Joseph.Larkin@skadden.com |
| aty | Rafael Xavier Zahralddin−Aravena | rzahralddin@atllp.com |
| aty | Rosa Sierra | rosa.sierra@usdoj.gov |
| aty | Shanti M. Katona | skatona@polsinelli.com |

TOTAL: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| adb | Stream TV Networks, Inc. | 2009 Chestnut Street   3rd Floor   Philadelphia, PA 19103 |
| ptcrd | Jamuna Travels, Inc. | Reji Abraham   6439 Market Street   Upper Darby, PA 19082 |
| ptcrd | Walsh CHB, Inc. | 189 Sunrise Highway   Suite 302   Rockville Centre, NY 11570 |
| ptcrd | Rembrandt 3D Holding Ltd. | Stephen Blumenthal   128 Bull Hill Road   Newfield, NY 14867 |
| aty | David Going | ARMSTRONG TEASDALE LLP   7700 Forsyth Boulevard   Suite 1800   St. Louis, MO 63105 |
| aty | Eben P. Colby | Skadden, Arps, Slate, Meagher & Flom LLP   500 Boylston Street   Boston, MA 02116 |
| aty | John A. Sten | ARMSTRONG TEASDALE LLP   800 Boylston Road   16th Floor   Boston, MA 02199 |
| aty | John A. Sten | Armstrong Teasdale LLP   800 Boylston Road, 16th Floor   Boston, MA 02119 |
| aty | Marley Ann Brumme | Skadden, Arps, Slate, Meagher & Flom LLP   500 Boylston Street   23rd Floor   Boston, MA 02116 |
| aty | Maxwell Feit | Armstrong Teasdale LLP   800 Boylston Road, 16th Floor   Boston, MA 02119 |
| aty | Michael Brice Galen | Quarles & Brady LLp   One Renaissance Square   Two North Central Avenue   Phoenix, AZ 85004 |
| aty | Shanti M. Katona | Polsinelli PC   222 Delaware Avenue, Suite 1101   Wilmington, DE 19801 |

TOTAL: 12