# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc.,<br><br>        Alleged Debtor. | Chapter 7<br><br>Case No. 21-10848 (KBO)<br><br>**Re: Docket No. 36** |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Pursuant to Federal Rule of Bankruptcy Procedure 8003 and 28 U.S.C. § 158(a)(1), Jamuna Travels, Inc., Rembrandt 3D Holding, Ltd. and Walsh CHB, Inc., (the "Petitioning Creditors") in the above-captioned matter hereby submit their notice of appeal and statement of election in the above-captioned bankruptcy case and respectfully state as follows:

**Part 1: Identify the Appellant(s)**

1. Names of the Appellants: Jamuna Travels, Inc., Rembrandt 3D Holding, Ltd. and Walsh CHB, Inc.

2. Position of the Appellants in bankruptcy case that is subject of this appeal: Jamuna Travels, Inc., Rembrandt 3D Holding, Ltd. and Walsh CHB, Inc. were the petitioning creditors in the above-captioned bankruptcy case.

**Part 2: Identify the Subject of this Appeal**

1. Describe the judgment, order, or decree appealed from:

*Order Granting Emergency Motion of SeeCubic, Inc. and SLS Holdings VI, LLC for an Order Dismissing Involuntary Chapter 7 Case*, dated June 10, 2021 [Docket No. 36] (the "**Chapter 7 Dismissal Order**"). A copy of the Chapter 7 Dismissal Order is attached hereto as Exhibit A.

2. State the date on which the judgment, order, or decree was entered:

Order dated June 10, 2021 [D.I. 36].

**Part 3: Identify the Other Parties to the Appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

    **1.    SeeCubic, Inc.**

Attorneys:    Joseph O. Larkin
Carl T. Tullson
Jason M. Liberi
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-3000

-and-

Eben P. Colby
Marley Ann Brumme
500 Boylston Street, 23rd Floor
Boston, Massachusetts 02116
Telephone: (617) 573-4800

    **2.    SLS Holdings VI, LLC**

Attorneys:    Davis Lee Wright
James F. Lathrop
Robinson & Cole
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700

-and-

Brittany S. Ogden
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703
Telephone: (608) 251-5000

-and-

       Brandon M. Krajewski
       411 East Wisconsin Avenue, Suite 2400
       Milwaukee, Wisconsin 53202
       Telephone: (414) 277-5000

       -and-

       Alissa Brice Castaneda
       Gabriel M. Hartsell
       One Renaissance Square
       Two North Central Avenue
       Phoenix, Arizona 85004
       Telephone: (602) 229-5200

**3.**     **Jamuna Travels, Inc.**

Attorney:     John D. McLaughlin, Jr.
                Ferry Joseph, P.A.
                824 North Market Street, Suite 1000
                Wilmington, DE 19801
                Telephone: (302) 575-1555 ext. 107

**4.**     **Walsh CHB, Inc.**

Attorney:     John D. McLaughlin, Jr.
                Ferry Joseph, P.A.
                824 North Market Street, Suite 1000
                Wilmington, DE 19801
                Telephone: (302) 575-1555 ext. 107

**5.**     **Rembrandt 3D Holding Ltd.**

Attorney:     John D. McLaughlin, Jr.
                Ferry Joseph, P.A.
                824 North Market Street, Suite 1000
                Wilmington, DE 19801
                Telephone: (302) 575-1555 ext. 107

**6.**     **Visual Technologies Innovations, Inc.**

Attorney:     Rafael X. Zahralddin-Aravena
                Jonathan M. Stemerman
                300 Delaware Ave, Suite 210
                Wilmington, DE 19801
                Telephone: (302) 824-7089

-and-

John A. Sten
Maxwell F. Feit
800 Boyslton Road, 16th Floor
Boston, MA 02199
Telephone: (617) 217-2030

-and-

Richard W. Engel, Jr.
David L. Going
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070

7. **Stream TV Networks, Inc.**

Attorney: Christopher A. Ward, Esquire
Shanti M. Katona, Esquire
Brenna A. Dolphin, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920

**Part 4. Optional election to have appeal heard by District Court (applicable only in certain districts)**

☒ If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

Appellants elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Dated: *23 June 2021*  FERRY JOSEPH, P.A.

*/s/ John D. McLaughlin, Jr.*
_____
John D. McLaughlin, Jr. (No. 4123)
824 North Market Street, Suite 1000
Wilmington, Delaware 19801
Tel:  (302) 575-1555, ext. 107
Fax:  (302) 575-1714
jmclaughlin@ferryjoseph.com

*Counsel to the Appellant Petitioning Creditors*

**EXHIBIT A**

**ORDER APPEALED FROM**