**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Stream TV Networks, Inc., | Case No. 21-10848 (KBO) |
| Alleged Debtor. | |
| Stream TV Networks, Inc., | |
| Appellant, | BAP No. 21-37 |
| v. | Case No. 21-889-RGA |
| SeeCubic, Inc. and SLS Holdings VI, LLC, | |
| Appellees. | |

## STIPULATION OF DISMISSAL

WHEREAS, on June 22, 2021, Stream TV Networks, Inc. (the "**Appellant**") filed a *Notice of Appeal* [Docket No. 1] (the "**Appeal**");

WHEREAS, SeeCubic, Inc., SLS Holdings VI, LLC, and The United States Trustee (the "**Appellees**" and, together with the Appellant, the "**Parties**") have appeared in the matter by their respective counsel [Docket Nos. 5, 10, 19, and 27]

WHEREAS, the Parties have agreed to the voluntary dismissal of the Appeal.

NOW, THEREFORE, it is hereby stipulated and agreed that, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, this appeal is dismissed with prejudice.

80998081.3

Respectfully submitted,

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
bdolphin@polsinelli.com

*Counsel to Stream TV Networks, Inc.*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Joseph O. Larkin*
Joseph O. Larkin (Del. Bar No. 4883)
Carl T. Tullson (Del Bar No. 6704)
Jason M. Liberi (Del Bar No. 4425)
920 N. King Street, One Rodney Square
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com
Carl.Tullson@skadden.com
Jason.Liberi@skadden.com

-and-

Eben P. Colby
Marley Ann Brumme
500 Boylston Street, 23rd Floor
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Eben.Colby@skadden.com

*Counsel to Appellee, SeeCubic, Inc.*

**ROBINSON & COLE**

*/s/ Davis Lee Wright*
Davis Lee Wright
James F. Lathrop
1201 N. Market Street, Suite 1406
Wilmington, DE 19801
Telephone: (302) 516-1700
DWright@rc.com
jlathrop@rc.com

-and-

**QUARLES & BRADY LLP**

Brittany S. Ogden
33 East Main Street, Suite 900
Madison, Wisconsin 53703
Telephone: (608) 251-5000
Brittany.Ogden@quarles.com

-and-

80998081.3

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**

*/s/ Robert J. Schneider, Jr.*
Robert. J. Schneider, Jr., Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 622-7888
Facsimile: (973) 645-5993
robert.j.schneider@usdoj.gov

- and -

Rosa Sierra, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Telephone: (302) 573-6492
Facsimile: (302) 573-6497
rosa.sierra@usdoj.gov

*Appellee, United States Trustee*

Dated: December 6, 2021

Brandon M. Krajewski
411 East Wisconsin Avenue, Suite 2400
Milwaukee, Wisconsin 53202
Telephone: (414) 277-5000
brandon.krajewski@quarles.com

-and-

Alissa Brice Castaneda
Gabriel M. Hartsell
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 229-5200
Alissa.Castaneda@quarles.com
Gabriel.Hartsell@quarles.com

*Counsel to Appellee, SLS Holdings VI, LLC*

SO ORDERED this 7th day of December, 2021

/s/ Richard G. Andrews
United States District Judge

80998081.3